

IN THE
TENTH COURT OF APPEALS

No. 10-13-00010-CR

JEREMY BUKOWSKI,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 18th District Court
Johnson County, Texas
Trial Court No. F45969

MEMORANDUM OPINION

Jeremy Bukowski was convicted of capital murder. His notice of appeal was filed on January 4, 2013. By letter dated January 16, 2013, the Clerk of this Court notified Bukowski that this appeal was subject to dismissal because the notice of appeal appeared untimely. *See* TEX. R. APP. P. 26.2(a)(1); 44.3. The trial court's judgment was dated November 9, 2012, but the notice of appeal was filed on January 4, 2013. By the same letter, the Clerk warned Bukowski that, unless any party filed a response showing grounds for continuing the appeal within 21 days of the date of the letter, the appeal

would be dismissed.  A response has been filed but it does not provide grounds for continuing the appeal.

The appeal is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed February 14, 2013
Do not publish
[CRPM]